IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MENGALLE NGEDE KINGSLY,** | : | Civil No. 1:17-cv-2059 |
| Petitioner, | : | |
| v. | : | |
| **WARDEN CLAIR DOLL, et al.,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# O R D E R

Presently before the court is a report and recommendation of the magistrate judge (Doc. 22) in which she recommends that the court deny Petitioner's habeas corpus petition because the case was rendered moot when Petitioner received a bond hearing. After one enlargement request, Petitioner filed objections on June 2, 2019, in which he provided no new arguments to the court. (Doc. 25.) On June 12, 2019, Respondents filed a brief in opposition to Petitioner's objections, in which they notified the court that Petitioner was removed from the United States on June 4, 2019, further rendering his habeas petition moot. (Doc. 26, p. 3; Doc. 26-1.) Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 22) is **ADOPTED**.

2) Petitioner's habeas corpus petition (Doc. 1) is **DENIED AS MOOT**.

3) The Clerk of Court is directed to close this case.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: July 12, 2019